PEOPLE v BAILEY. Appeal from Recorder's Court of Detroit, Samuel H. Olsen, J. Submitted Division 1 April 4, 1972, at Grand Rapids. (Docket No. 13194.) Decided May 5, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Jack Kraizman,* for defendant on appeal.

Before: T. M. BURNS, P. J., and FITZGERALD and R. B. BURNS, JJ.

MEMORANDUM OPINION. Defendant was convicted of rape and appeals. The people move to affirm.

An examination of the records and briefs discloses no prejudicial error.

The motion to affirm is granted.